# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA J. CLARK,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br>        Defendant. | 1:04cv5941 AWI DLB<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF A USM-285 FORM<br><br>ORDER TO FILE USM-285 FORM |

     On April 4, 2005, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to complete and return the USM-285 form to the Court.

     On April 26, 2005, Plaintiff sent a letter to the Court explaining that the documents with the USM-285 form were confusing and that she misinterpreted the form to be voluntary. Accordingly, the order to show cause is VACATED.

     The letter also states that Plaintiff enclosed the USM-285 form "in hopes that this case may not proceed." However, the form was not enclosed.

     The Clerk of the Court is therefore ORDERED to send Plaintiff a USM-285 form. Plaintiff is ORDERED to complete and return the form within twenty (20) days from the date of

service of this letter.  This case has been pending since July 7, 2004, and this will be the final opportunity granted to Plaintiff to file the required form.

     IT IS SO ORDERED.

**Dated:**   **April 29, 2005**                  **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE