# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA CLARK, | ) | 1:04cv5941 AWI LJO |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER RE SERVICE |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court previously issued an order directing the United States Marshal to serve defendant in this case. For an unknown reason, service was not completed. Accordingly, the Court issues the following amended order.

The United States Marshal is HEREBY ORDERED TO SERVE defendant by delivering a copy of the summons and complaint to the United States Attorney, c/o Civil Process Clerk, 4311 Federal Building, 1130 "O" Street, Fresno, CA 93721; sending a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o of General Counsel, Social Security Administration, Rm 611- Altmeyer Building, 6041 Security Blvd., Baltimore, MD 21235. The United States Marshal shall also send a copy of the summons and complaint by registered or certified mail to the United States Attorney General, U.S. Department

///

///

1  of Justice, 10th Street and Constitution Avenue, N.W. Washington, D.C. 20530.  The Clerk is
2  directed to serve a copy of this order on the United States Marshal.
3      IT IS SO ORDERED.
4      Dated:    November 30, 2005                    /s/ Dennis L. Beck
   3b142a                                   UNITED STATES MAGISTRATE JUDGE