IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLARK, | **Old Case No. 1:04cv5941 AWI DLB** |
| Plaintiff, | **New Case No. 1:04cv5941 DLB** |
| vs. | **ORDER REASSIGNING CASE** |
| JO ANNE BARNHART, Commissioner, | |
| Defendant. | |

    It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

    1.    This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

    2.    The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck; and

    3.    The new case number shall be 1:04cv5941 DLB.  All future pleadings shall be so

1 | numbered.  Failure to use the correct case number may result in delay in your
2 | documents being received by the correct judicial officer.
3 |
4 | IT IS SO ORDERED.
5 | **Dated:** **June 13, 2006**              /s/ Anthony W. Ishii
  | 0m8i78                                    UNITED STATES DISTRICT JUDGE

2